**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § § | |
| *Plaintiff*, § | Case No. 2:16-CV-00374-JRG-RSP |
| § § | |
| v. § § | |
| LAMAR ADVERTISING COMPANY et al., § § | |
| *Defendants*. § § § | |

# ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on February 21, 2017 (Dkt. No. 162) recommending that Lamar's Motion to Dismiss for Failure to State a Claim (Dkt. No. 91) be denied. Having considered Lamar's objections and finding them to be without sufficient merit, and after a de novo review, the Recommendation is ADOPTED.

IT IS ORDERED that Lamar's Motion to Dismiss (Dkt. No. 66) is DENIED.

**So ORDERED and SIGNED this 9th day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE