**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § § v. § § LAMAR ADVERTISING COMPANY, ET AL. § § | Case No. 2:16-CV-374-JRG-RSP |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on February 21, 2017 (Dkt. No. 162) recommending denial of Dkt. No. 92, Plaintiff's Motion to Dismiss (the "Motion"). Plaintiff has not filed a timely objection to the Report and Recommendation. The Recommendation is **ADOPTED**.

**IT IS ORDERED** that the Plaintiff's Motion to Dismiss (Dkt. No. 92) is **DENIED**.

**So ORDERED and SIGNED this 14th day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE