# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC<br><br>        Plaintiff,<br><br>v.<br><br>LAMAR ADVERTISING COMPANY, LAMAR MEDIA CORP., THE LAMAR COMPANY, L.L.C., LAMAR TEXAS LIMITED PARTNERSHIP, LIGHTING TECHNOLOGIES, INC., AND IRVIN INTERNATIONAL, INC.<br><br>        Defendants. | Civil Action No.  2:16-cv-374-JRG-RSP<br><br>JURY TRIAL REQUESTED |
| LAMAR ADVERTISING COMPANY, LAMAR MEDIA CORP., THE LAMAR COMPANY, L.L.C., LAMAR TEXAS LIMITED PARTNERSHIP, LIGHTING TECHNOLOGIES, INC., AND IRVIN INTERNATIONAL, INC.<br><br>        Counterclaim Plaintiffs,<br><br>v.<br><br>ULTRAVISION TECHNOLOGIES, LLC<br><br>        Counterclaim Defendant. | |

## JOINT CLAIM CONSTRUCTION CHART

In accordance with Patent Rule 4-5(d) and the Court's Docket Control Order, the parties hereby submit this Joint Claim Construction Chart. Attached as Exhibit A is a chart with the disputed terms bolded in the claim language of the asserted claims. Attached as Exhibit B is a chart with the parties' proposed constructions for the disputed terms.

DATED:  March 28, 2017

| | |
|---|---|
| Respectfully submitted, | */s/ Jennifer H. Doan (with permission)* |
| | Jennifer H. Doan |
| */s/ Samuel F. Baxter* | Texas Bar No. 08809050 |
| Samuel F. Baxter | J. Randy Roeser |
| TX State Bar No. 01938000 | Texas Bar No. 24089377 |
| sbaxter@mckoolsmith.com | HALTOM & DOAN |
| **McKOOL SMITH, P.C.** | 6500 Summerhill Road, Suite 100 |
| 104 East Houston, Suite 300 | Texarkana, TX 75503 |
| Marshall, Texas 75670 | Telephone:  903.255.1000 |
| Tel: (903) 923-9000 | Facsimile:  903.255.0800 |
| Fax: (903) 923-9099 | Email: jdoan@haltomdoan.com |
| | Email: rroeser@haltomdoan.com |
| R. Darryl Burke | |
| Texas State Bar No. 03403405 | Terry Kearney (CA Bar No. 160054) |
| dburke@McKoolSmith.com | terry.kearney@lw.com |
| **McKOOL SMITH, P.C**. | Richard G. Frenkel (CA Bar No. 204133) |
| 300 Crescent Court Suite 1500 | rick.frenkel@lw.com |
| Dallas, TX 75201 | Nikolaus A. Woloszczuk (CA Bar No. 286633) |
| Tel: (214) 978-4000 | nick.woloszczuk@lw.com |
| Fax: (214) 978-4044 | LATHAM & WATKINS LLP |
| | 140 Scott Drive |
| Kevin Burgess | Menlo Park, CA  94025 |
| Texas State Bar No. 24006927 | T: (650) 328-4600; F: (650) 463-2600 |
| kburgess@mckoolsmith.com | |
| Seth R. Hasenour | |
| Texas State Bar No. 24059910 | Melissa A. Brand (MA Bar No. 569028) |
| shasenour@mckoolsmith.com | melissa.brand@lw.com |
| **McKOOL SMITH, P.C**. | LATHAM & WATKINS LLP |
| 300 W. 6th Street, Suite 1700 Austin, Texas | 200 Clarendon St. |
| 78701 Tel: (512) 692-8704 | Boston, MA 02116 |
| Fax: (512) 692-8744 | T: (617) 948-6000; F: (617) 948-6001 |
| | |
| **ATTORNEYS FOR PLAINTIFF** | Stephen D. O'Donohue (NY Bar No. 5231246) |
| **ULTRAVISION TECHNOLOGIES, LLC** | stephen.odonohue@lw.com |
| | LATHAM & WATKINS LLP |
| | 885 Third Avenue |
| | New York, NY 10022 |
| | T: (212) 906.1200; F: (212) 751-4864 |
| | |
| | David A. Zucker (DC Bar No. 1034074) |
| | david.zucker@lw.com |
| | LATHAM & WATKINS LLP |

555 Eleventh Street, NW, Suite 1000
Washington, DC 20036
T: (202) 637-2200; F: (202) 637-2201

**ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANTS LAMAR ADVERTISING COMPANY, LAMAR MEDIA CORP., THE LAMAR COMPANY, L.L.C., AND LAMAR TEXAS LIMITED PARTNERSHIP**

*/s/ Brian McQuillen (with permission)*
Brian McQuillen
(admitted pro hac vice)
bmcquillen@duanemorris.com
Jordana Garellek
(admitted pro hac vice)
jgarallek@duanemorris.com
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
Tel.: 212.692.1000
Fax: 212.692.1020

Matt Gaudet
GA Bar No. 287789
mcgaudet@duanemorris.com
Duane Morris LLP
1075 Peachtree Street, NE, Suite 2000
Atlanta, GA 30309-3929
Tel: 404.253.6900
Fax: 404.253.6901

Diana M. Sangalli
TX Bar No. 24033926
dmsangalli@duanemorris.com
Duane Morris LLP
1330 Post Oak Blvd., Suite 800
Houston, TX 77056-3166
Tel.: 713.402.3900
Fax: 713.402.3901

Jennifer Haltom Doan
Texas Bar No. 08809050
J. Randy Roeser

Texas Bar No. 24089377
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: 903.255.1000
Facsimile: 903.255.0800
Email: jdoan@haltomdoan.com
Email: rroeser@haltomdoan.com

**ATTORNEYS FOR DEFENDANTS AMERICAN LIGHTING TECHNOLOGIES, INC. D/B/A LIGHTING TECHNOLOGIES, INC AND IRVIN INTERNATIONAL, INC.**

## **CERTIFICATE OF SERVICE**

      I certify that on the 28th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court and the same has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                       */s/ Samuel F. Baxter*
                                       Samuel F. Baxter