IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC <br><br> Plaintiff, <br><br> v. <br><br> LAMAR ADVERTISING COMPANY, LAMAR MEDIA CORPORATION, THE LAMAR COMPANY, L.L.C., LAMAR TEXAS LIMITED PARTNERSHIP, LIGHTING TECHNOLOGIES, INC., AND IRVIN INTERNATIONAL, INC. <br><br> Defendants. | Civil Action No. 2:16-cv-374 <br><br><br> JURY TRIAL REQUESTED |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO COMPEL (DKT. NOS. 181, 182, 185, 186, 192)

On this day came to be considered the parties Joint Motion for Extension of Time to Respond to Motions to Compel (Dkt. Nos. 181, 182, 185, 186, 192). The Court being of the opinion that the motion should be GRANTED, it is therefore,

ORDERED, that the Joint Motion for Extension of Time to Respond to Motions to Compel be GRANTED and that the time within which the parties are required to respond to the Motions to Compel (Dkt. Nos. 181, 182, 185, 186, 192) is extended to May 3, 2017.

**SIGNED this 25th day of April, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE