# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>LAMAR ADVERTISING COMPANY, LAMAR MEDIA CORP., THE LAMAR COMPANY, L.L.C., LAMAR TEXAS LIMITED PARTNERSHIP, LIGHTING TECHNOLOGIES, INC., AND IRVIN INTERNATIONAL, INC.<br><br>Defendants. | Civil Action No. 2:16-cv-374-JRG-RSP<br><br>JURY TRIAL REQUESTED |
| LAMAR ADVERTISING COMPANY, LAMAR MEDIA CORP., THE LAMAR COMPANY, L.L.C., LAMAR TEXAS LIMITED PARTNERSHIP, LIGHTING TECHNOLOGIES, INC., AND IRVIN INTERNATIONAL, INC.<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>ULTRAVISION TECHNOLOGIES, LLC<br><br>Counterclaim Defendant. | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Third Amended Complaint ("Motion"). Being well-advised that it is unopposed, and having fully considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**. It is therefore

**ORDERED** that Defendants Lamar Advertising Company, Lamar Media Corp., The Lamar Company, L.L.C., Lamar Texas Limited Partnership, American Lighting Technologies, Inc. d/b/a/ Lighting Technologies, Inc., and Irvin International, Inc. have up until and including Tuesday, May 2, 2017 to respond to Plaintiff's Third Amended Complaint.

**SIGNED this 25th day of April, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE