**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC | § § | |
| v. | § § | Case No. 2:16-CV-0374-JRG-RSP |
| LAMAR ADVERTISING COMPANY, ET AL. | § § | |

**Markman Hearing
MAG. JUDGE ROY PAYNE PRESIDING
April 26, 2017**

**OPEN:** 2:20 pm                                                                                       **ADJOURN:** 4:25 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Darryl Burke |
| | Kevin Burgess |
| | Seth Hasenour |
| ATTORNEY FOR DEFENDANTS: | Rick Frenkel |
| | Michelle Woodhouse |
| | Josh Thane |
| | Randy Roeser |
| TECHNICAL ADVISOR: | Scott Woloson |
| LAW CLERK: | Clint South |
| COURT REPORTER: | Darlene May |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Kevin Burgess announced ready and introduced co-counsel. Randy Roeser announced ready and introduced co-counsel.

The Court heard argument on a term by term basis. Kevin Burgess, Darryl Burke and Seth Hasenour presented argument on behalf of Plaintiff. Rick Frenkel and Michelle Woodhouse presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.